**UNITED STATES Of America, Plaintiff–Appellee,**

v.

**Kalmar G. GRONVALL, Defendant–Appellant.**

**No. 13–2217.**

United States Court of Appeals, Seventh Circuit.

Submitted Jan. 17, 2014.\*

Decided Jan. 22, 2014.

Rehearing and Suggestion for Rehearing En Banc Denied April 25, 2014.\*\*

Matthew L. Jacobs, Attorney, Office Of The United States Attorney, Milwaukee, WI, for Plaintiff–Appellee.

Kalmar Gene Gronvall, Terre Haute, IN, pro se.

Before RICHARD D. CUDAHY, Circuit Judge, FRANK H. EASTERBROOK, Circuit Judge, and ILANA DIAMOND ROVNER, Circuit Judge.

**ORDER**

Kalmar Gronvall failed to pay federal income taxes on approximately $1.3 million in net income earned during 2006 through 2008 from his business buying and selling gold and silver coins. A jury found Gronvall guilty of three counts of tax evasion, 26 U.S.C. § 7201, and the district court sentenced him to a total of 48 months' imprisonment. Gronvall filed this direct appeal and is proceeding pro se after turning down the services of two attorneys. He maintains that, for various reasons, his earnings were not subject to federal income tax. All of his contentions are typical of tax protestors and are frivolous. The Internal Revenue Code applies to Gronvall even though it provides for a direct, nonapportioned tax on wages that he did not earn as a federal employee or by trading in specially regulated goods. *See United States v. Sloan*, 939 F.2d 499, 500–01 (7th Cir.1991); *Coleman v. Comm'r of Internal Revenue*, 791 F.2d 68, 70 (7th Cir.1986); *United States v. Latham*, 754 F.2d 747, 750 (7th Cir.1985); *Lovell v. United States*, 755 F.2d 517, 519 (7th Cir. 1984); *United States v. Drachenberg*, 623 F.3d 122, 124–25 (2d Cir.2010); *United States v. Beale*, 574 F.3d 512, 519 n. 3 (8th Cir.2009). And because the petit jury found Gronvall guilty beyond a reasonable doubt, any asserted deficiency in the grand jury proceedings was harmless. *See United States v. Mechanik*, 475 U.S. 66, 72–73,

---

\* After examining the appellant's brief and the record, we have concluded that the case is appropriate for summary disposition. Thus, the appeal is submitted on the briefs and the record. See Fed. R.App. P. 34(a)(2).

\*\* Judge Flaum did not participate in the consideration of this Petition for Rehearing.

106 S.Ct. 938, 89 L.Ed.2d 50 (1986), *United States v. Philpot*, 733 F.3d 734, 741–42 (7th Cir.2013).

**AFFIRMED.**